UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Matthew Cascio
   Plaintiff

v.

CIVIL ACTION:   1:16-cv-12157-PBS

The Roman Catholic Archdiocese of Boston, et.al.
   Defendants

ORDER OF DISMISSAL

SARIS, C.J.                                            March 10, 2017

   Pursuant to Local Rule 4.1(a) of the Local Rules for the United States District Court for the District of Massachusetts, any summons not returned with proof that it was served within ninety (90) days of the filing of the complaint is deemed to be unserved for the purpose of Fed.R.Civ.P.4(m).

   Accordingly, the above-entitled case is hereby dismissed for failure to make service.

                                            Robert M. Farrell
                                            CLERK OF COURT

                                            /s/   Clarilde Geraldino-Karasek
                                            Deputy Clerk